## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond       Division

In re:

Willard & Marsha Lamm                                        Case No: 08-34707-KLP

       Debtor(s)                                          Chapter 13

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any  6904, 9103 _____

### NOTICE OF MOTION

Debtor(s), by counsel, have filed papers with the court for a Motion to Approve the waiving of filing the Debtor Education certificate and a signed Certification of Compliance with 11 U.S.C. Section 1328.

      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the relief sough in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then or before **February 6, 2014, (14 days)** you or your attorney must:

    ☑ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                    Clerk of Court
                    United States Bankruptcy Court
                    701 E. Broad St.
                    Richmond, VA 23219

      You must also mail a copy to:

                    America Law Group, Inc.
                    2312 Boulevard
                    Colonial Heights, VA 23834

☐ Attend a hearing to be scheduled at a later date.  You will receive a separate notice of hearing.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

☑ Attend the hearing on the motion (or objection) scheduled to be held on **February 19, 2014 at 12:00 PM at the United States Bankruptcy Court,  Courtroom 5100, 701 E. Broad St, Courtroom , Richmond, VA 23219.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: January 23, 2014                                    /s/ Richard J. Oulton
                                                          America Law Group, Inc.
                                                          2312 Boulevard
                                                          Colonial Heights, VA 23834
                                                          Ph: 804-520-2428
                                                          VA State Bar No: 29640
                                                          Counsel for Debtor

Certificate of Service

I hereby certify that I have this January 12, 2011 mailed or sent by electronic means a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

                                                          /s/ Richard J. Oulton
                                                          Counsel for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

IN RE:  Willard & Marsha Lamm                          Case No: 08-34707-KLP

     Debtor(s)                                      Chapter 13


**MOTION TO APPROVE THE WAIVING OF FILING**
**THE POST PETITION DEBTOR EDUCATION CERTIFICATE AND A SIGNED**
**CERTIFICATION OF COMPLIANCE 11 USC SECTION 1328**

COMES NOW counsel for Willard & Marsha Lamm, and offers the following memorandum in support of the motion to waive the filing of the post-petition debtor education certificate and a signed 1328 Certificate by Debtor(s):

1.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157 and 1334 and 11 U.S.C. §362, and this matter is a core proceeding under the Bankruptcy Code.

2.      On September 29, 2008, the movants filed in this Honorable Court a Petition for Relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C. §1301. Robert E. Hyman was appointed to serve as the Chapter 13 Trustee in this case (the "Trustee).

3.      The Debtor, Willard Lamm, was unable to complete the post-petition debtor education course and sign a certificate 1328, due to the fact that he passed away on August 5, 2011. Attached is Exhibit A; the death certificate.

4.      Both Debtors had previously filed certificate 1325.  Debtor, Marsha Lamm, has completed the post-petition debtor education course and signed a certificate 1328.

WHEREFORE, the movants respectfully request that this Honorable Court enter an order waiving the filing of the post-petition debtor education certificate and a signed certificate 1328 requesting discharge for Debtor Willard Lamm to all creditors and for such other relief as the court may deem appropriate.

                                 Respectfully submitted,
                                 /s/ Richard J. Oulton
                                 Richard J. Oulton, Esq. VSB #29640
                                 Counsel for Debtor(s)
                                 America Law Group, Inc.
                                 2312 Boulevard
                                 Colonial Heights, VA 23834
                                 Ph: (804) 520-2428

CERTIFICATE OF SERVICE

       I certify that on this January 23, 2014, a copy of this Notice of Motion and Motion to Approve was mailed via first class mail, postage prepaid or by electronic means, to Robert E. Hyman, Chapter 13 Trustee, at P.O. Box 1780, Richmond, VA  23218, the United States Trustee at 701 E. Broad Street, Room, Richmond, VA  23219, and to all necessary parties.

                    /s/ Richard J. Oulton
                    Richard J. Oulton, Esq.
                    Counsel for Debtor(s)

## Creditors

**Advanta Bank Corp**
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

**Ally Financial Inc. f/k/a GMAC Inc.**
P O Box 130424
Roseville, MN 55113

**Bank Of America**
Pob 17054
Wilmington, DE 19884-0000

**Bank of Southside VA**
26008 Cox Road
Petersburg, VA 23803-0628

**Capital 1 Bank**
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091-0000

**Chase - Cc**
Attention: Banktrupcy Department
Po Box 100018
Kennesaw, GA 30156-0000

**Chase Bank USA,N.A**
P O Box 740933
Dallas,Tx 75374

**Citi Mortgage Inc**
Attention: Bankruptcy Department
Po Box 79022, Ms322
St. Louis, MO 63179-0000

**Citibank Na**
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0000

**Citibank Usa**
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195-0000

**CitiMortgage, Inc.**
P.O. Box 688971
Des Moines, IA 50368-8971

**Citimortgage, Inc.**
PO BOX 6941
The Lakes, NV 88901-6006

**East Bay Funding, LLC**
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29603

**eCAST Settlement Corporation assignee of**
Capital One Bank
POB 35480
Newark NJ 07193-5480

**eCAST Settlement Corporation assignee of**
Chase Bank USA NA
POB 35480
Newark NJ 07193-5480

**GMAC**
PO Box 130424
Roseville, MN 55113

**GMAC**
PO Box 78367
Phoenix, AZ 85062

**Gmac Automotive Bank**
2000 Town Ctr Ste 2200
Southfield, MI 48075-0000

**Green Tree**
PO Box 94710
Palatine, IL 60094-4710

**Harley Davidson Financial**
Po Box 21970
Carson City, NV 89721-0000

**Harley-Davidson Credit Corporation**
PO BOX 829009
Dallas, TX 75382

**Home Depot**
Processing Center
Des Moines, IA 50364-0000

**IRS**
Po Box 21126
Philadelphia, PA 19114

**Kohls**
Attn: Recovery
Po Box 3120
Milwaukee, WI 53201-0000

**LVNV Funding LLC its successors and assigns as**
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Nissan Motor Acceptance / Infiniti**
Po Box 660366
Dallas, TX 75266-0000

**Portfolio Recovery Associates, LLC.**

PO Box 41067
Norfolk, VA 23541

**PRA Receivables Management, LLC**
As Agent Of Portfolio Recovery Assocs.
POB 41067
NORFOLK VA 23541

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**Roundup Funding, LLC**
MS 550
PO Box 91121
Seattle, WA 98111-9221

**Sallie Mae**
Attn: Claims Dept
Po Box 9500
Wilkes Barre, PA 18773-0000

**Sallie Mae, Inc. on behalf of UNITED**
STUDENT AID FUNDS, INC.
Attn: Bankruptcy Litigation Unit E3149
P. O. Box 9430
Wilkes-Barre, PA 18773-9430

**The Bank of Southside VA**
26008 Cox Road
Petersburg, VA 23803-0628

**U.S. Attorney's Office**
600 E. Main Street, 18th Floor
Richmond, VA 23219

**Zales/cbsd**
Po Box 6497
Sioux Falls, SD 57117-0000